IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

STRIKE 3 HOLDINGS, LLC,      §
             §
     Plaintiff,      §
             §
v.              §     1:23-CV-364-RP
             §
JOHN DOE subscriber assigned IP address   §
99.73.230.146,        §
             §
     Defendant.     §

## ORDER

On November 27, 2023, Plaintiff dismissed all claims in this case without prejudice. (Dkt. 8). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action without a court order by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer or motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*, 785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on November 28, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE